USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

YELITZA PICON, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

    v.

LORILIL JEWELERS, INC.,

           Defendant.

------------------------------------- x

**MEMORANDUM ENDORSED**

No.: 1:22-cv-3438

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), YELITZA PICON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, LORILIL JEWELERS, INC., with prejudice and without fees and costs.

Dated: New York, New York
       August 29, 2022

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

Plaintiff has voluntarily dismissed this case under F.R.C.P. 41(a)(1)(A)(i).

SO ORDERED.
Date: August 30, 2022

_____
GREGORY H. WOODS
United States District Judge